Judgment in a Civil Case

United States District Court<br>WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOANN MACSWAN | **JUDGMENT IN A CIVIL CASE**<br>CASE NUMBER: 20-CV-1661 |
| v. | |
| MERCK & CO., INC. | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Defendant's motion for summary judgment is granted.

| | |
|---|---|
| Date: June 14, 2023 | MARY C. LOEWENGUTH<br>CLERK OF COURT |
| | By: s/ Colin J.<br>     Deputy Clerk |